STATE OF NEW JERSEY v. JAMES WILLIAMS.

June 27, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES FARMS.

June 27, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. STANLEY JONES.

June 27, 1986.

Petition for certification denied.

JEFF CHEETHAM v. NEW JERSEY BELL, ET AL.

June 27, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. KENNETH GREEN.

June 27, 1986.

Petition for certification denied.